**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-551-RJC-DCK**

| | |
|---|---|
| **Q.E.D. ENVIRONMENTAL SYSTEMS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **PUMPONE ENVIRONMENTAL LLC,** ) | |
| ) | |
| **Defendant**(s)**.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Craig Killen, concerning Emily E. Niles on October 30, 2019. Emily E. Niles seeks to appear as counsel *pro hac vice* for Plaintiff Q.E.D. Environmental Systems Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Emily E. Niles is hereby admitted *pro hac vice* to represent Plaintiff Q.E.D. Environmental Systems Inc.

**SO ORDERED**.

Signed: October 30, 2019

David C. Keesler
United States Magistrate Judge