# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-551-RJC-DCK

| | |
|---|---|
| Q.E.D. ENVIRONMENTAL SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PUMPONE ENVIRONMENTAL LLC, | ) |
| Defendant(s). | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Craig Killen, concerning Bryan J. Mechell on October 30, 2019. Bryan J. Mechell seeks to appear as counsel *pro hac vice* for Plaintiff Q.E.D. Environmental Systems Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Bryan J. Mechell is hereby admitted *pro hac vice* to represent Plaintiff Q.E.D. Environmental Systems Inc.

**SO ORDERED**.

Signed: October 30, 2019

David C. Keesler
United States Magistrate Judge