# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-551-RJC-DCK

| | |
|---|---|
| Q.E.D. ENVIRONMENTAL SYSTEMS, INC., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| PUMPONE ENVIRONMENTAL LLC, ) | |
| Defendant(s). ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Craig Killen, concerning Christopher K. Larus on October 30, 2019. Christopher K. Larus seeks to appear as counsel *pro hac vice* for Plaintiff Q.E.D. Environmental Systems Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Christopher K. Larus is hereby admitted *pro hac vice* to represent Plaintiff Q.E.D. Environmental Systems Inc.

**SO ORDERED**.

Signed: October 30, 2019

David C. Keesler
United States Magistrate Judge