# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-551-RJC-DCK

| | |
|---|---|
| **Q.E.D. ENVIRONMENTAL SYSTEMS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **PUMPONE ENVIRONMENTAL, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Proceedings Pending Patent Reexamination" (Document No. 21) filed April 28, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Proceedings Pending Patent Reexamination" (Document No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report on **June 30, 2020,** and every **ninety (90) days** thereafter, updating the Court as to the progress of the Patent Office Reexaminations. The parties shall also file a Joint Status Report within **fourteen (14) days** of the issuance of any final decision from the Patent Office regarding the Reexamination of either the '483 Patent or the '651 Patent.

**SO ORDERED**.

Signed: April 29, 2020

David C. Keesler
United States Magistrate Judge